# EXHIBIT 1

ELECTRONICALLY FILED - 2026 Jun 22 1:58 PM - FLORENCE - COMMON PLEAS - CASE#2026CP2101535

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF FLORENCE | ) | |
| **OLIVE PARKER,** | ) | Case No. |
| Plaintiff, | ) | |
| vs. | ) | **SUMMONS**<br>Jury Trial Demanded |
| **WALMART INC.,** | ) | |
| Defendant. | ) | |

**TO: THE DEFENDANT(S) ABOVE NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the subscriber at his office, 310 W Pine Street, Florence, South Carolina 29501, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in said Complaint.

/s/Chaquez T. McCall
Chaquez T. McCall
SC Bar No.: 103663
310 W Pine Street
Florence, SC 29501
Office phone (843) 432-0046
Facsimile (843) 410-2808

ATTORNEY FOR PLAINTIFF

June 22, 2026
Florence, South Carolina

ELECTRONICALLY FILED - 2026 Jun 22 1:58 PM - FLORENCE - COMMON PLEAS - CASE#2026CP2101535

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF FLORENCE | ) | |
| **OLIVE PARKER,** | ) | Case No. |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT**<br>Jury Trial Demanded |
| **WALMART INC.,** | ) | |
| Defendant. | ) | |

The Plaintiff, complaining of the Defendant named herein, would respectfully show unto this Court:

1. That Plaintiff is a citizen and resident of the County of Florence, State of South Carolina.

2. Upon information and belief, Defendant Walmart Inc., is a foreign corporation authorized to conduct business in South Carolina.

3. Upon information and belief, Walmart Inc., owns operates, manages, or controls the Walmart store located at 230 N Beltline Dr, Florence, SC 29501.

4. On or about August 13, 2025, Plaintiff was a patron at the Walmart located at 230 N. Beltline Dr. Florence, SC 29501 when an employee, agent, servant, and/or representative of Walmart acting within the course and scope of his employment hit Plaintiff with a trolley causing her injury and to fall.

5. On the aforesaid day, the Plaintiff was seriously injured by the injury and fall while on the aforementioned premise of Defendant.

6. Plaintiff's fall and the injuries she suffered were proximately caused by the

ELECTRONICALLY FILED - 2026 Jun 22 1:58 PM - FLORENCE - COMMON PLEAS - CASE#2026CP2101535

negligence of the Defendant and/or its employee, agent, servant, and/or representative.

7. That as a direct and proximate result of this fall, the Plaintiff has suffered loss of income.

**WHEREFORE,** Plaintiff demands judgment against the Defendant(s) for actual and punitive damages in an amount to be determined and for the cost of this action.

Respectfully submitted,

LAW OFFICE OF CHAQUEZ T. MCCALL, LLC

/s/Chaquez T. McCall
Chaquez T. McCall, Esq.
SC Bar No.: 103663
310 W Pine Street
Florence, SC 29501
Office phone (843) 432-0046
Facsimile (843) 410-2808

ATTORNEY FOR PLAINTIFF

June 22, 2026
Florence, South Carolina